UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Alexis Quinn,<br><br>                    Plaintiff,<br><br>v.<br><br>Samantha Gowette, et al.,<br><br>                    Defendants. | Case No. 2:25-cv-01128-CDS-DJA<br><br>**Order** |

Jean Conservation Camp inmate, Plaintiff Alexis Quinn, submitted initiating documents to the Court which include an application to proceed *in forma pauperis* (which means, to proceed without paying the filing fee) and a complaint. (ECF Nos. 1, 1-1). Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; and (2) a financial certificate from the institution where she is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, Plaintiff's application is incomplete. Plaintiff does not completely answer question 1 because she marked "no" to the question asking if she is presently employed, but did not respond to question 1(b), which asks the plaintiff to state the date of last employment and the amount of the salary or wages per month which the plaintiff received. Additionally, Plaintiff's application does not include the financial certificate, which is on page four of this Court's form application. Plaintiff also did not submit an inmate account statement for the past six months. The Court with therefore deny Plaintiff's application to proceed *in forma pauperis* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, then she must file a

complete application on this Court's approved form including all the documents referenced in this order.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **October 6, 2025**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the full $405 filing fee for a civil action, which includes the $350 filing fee and the $55 administrative fee.  **Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed**.

DATED: September 5, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE