1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| Alexis Quinn, | Case No. 2:25-cv-01128-CDS-DJA |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| Samantha Gowette, et al, | |
| Defendants. | |

Before the Court is pro se incarcerated Plaintiff Alexis Quinn's motion for an extension of time to file an application to proceed *in forma pauperis*. (ECF No. 4). Plaintiff has shown good cause for the request and the Court grants it. *See* Fed. R. Civ. P. 6(b).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 4) is **granted.** Plaintiff's application to proceed *in forma pauperis* is due **October 31, 2025.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: September 24, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE